United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-8967

Stephen McKitt,
Trial Attorney
Stephen.mckitt@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| THINK FINANCE, LLC, et al.[1] § | Case No. 17-33964-hdh-11 |
| § | Chapter 11 |
| § | |
| Debtors-in-Possession. § | Jointly Administered |

### Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

### Interim Committee Chair:

Marlin & Associates Holding, LLC
Marlin & Associates Securities, LLC
Kenneth Marlin, Chief Executive Officer
Jason E. Panzer, Chief Operating Officer
570 Lexington Avenue, 48th Floor
New York, NY  10022
212-257-6300
212-223-3138-facsimile
Jason@marlinllc.com

---

[1] 17-33965-hdh-11 Think Finance SPV, LLC; 17-33966-hdh-11 Financial U, LLC; 17-33967-hdh-11 TC Loan Service, LLC; 17-33969-hdh-11 Tailwind Marketing, LLC; 17-33970-sgj-11 TC Administrative Services, LLC; 17-33971-sgj-11 TC Decision Sciences, LLC.

**Other Committee Members:**

Patrick Inscho
4203 Summit Manor Court, Apt. 204
Fairfax, VA  22033
571-839-0207
p.inscho@cox.net


Mphasis Limited
Julie Blessyn, Esq.
Head of Legal Transactions
2301 Maitland Center Parkway, Ste. 165
Maitland, FL  32751
407-865-1706
Julie.blessyn@mphasis.com


Dated:     November 2, 2017          WILLIAM T. NEARY,
                                     UNITED STATES TRUSTEE


                        By:    */s/ Stephen McKitt*
                               Stephen McKitt,
                               Trial Attorney
                               OH Bar # 96017
                               Office of the United States Trustee
                               1100 Commerce Street, Room 976
                               Dallas, Texas  75242
                               (214) 767-8967
                               Stephen.mckitt@usdoj.gov