Michael D. Warner (TX Bar No. 00792304)
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:  (817) 810-5265
Facsimile:  (817) 977-1611
Email:   mwarner@coleschotz.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> **THINK FINANCE, LLC**, *et al.,*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-33964 (HDH) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), party in interest in the above-captioned cases hereby appears by its counsel, Cole Schotz P.C. ("Cole Schotz").  Cole Schotz hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases.  Cole Schotz requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Think Finance, LLC (6762), Think Finance SPV, LLC (4522), Financial U, LLC (1850), TC Loan Service, LLC (3103), Tailwind Marketing, LLC (1602), TC Administrative Services, LLC (4558), and TC Decision Sciences, LLC (8949).

56797/0001-14637785v1

chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Cole Schotz at the addresses, telephone, and facsimile numbers set forth below:

Michael Warner, Esquire
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:  (817) 810-5265
Facsimile:  (817) 977-1611
Email:  mwarner@coleschotz.com

-And-

Gary H. Leibowitz, Esquire
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone:  (410) 230-0660
Facsimile:   (410) 230-0667
Email:  gleibowitz@coleschotz.com

-And-

Daniel F.X. Geoghan, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone:  (212) 752-8000
Facsimile:   (212) 752-8393
Email:  dgeoghan@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  November 2, 2017

COLE SCHOTZ P.C.

/s/  Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:  (817) 810-5265
Facsimile:  (817) 977-1611
Email:       mwarner@coleschotz.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2017, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Michael D. Warner*
Michael D. Warner