KELLETT & BARTHOLOW PLLC
Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520
Caitlyn N. Wells
Texas Bar No. 24070635
Megan F. Clontz
Texas Bar No. 24069703
11300 N. Central Expy., Ste 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THINK FINANCE, LLC, *et al.*, | § | Case No. 17-33964 (HDH) |
| | § | |
| Debtors | § | (Jointly Administered) |

### VIRGINIA, CALIFORNIA, AND FLORIDA CONSUMER BORROWERS' DESIGNATION OF WITNESSES AND EXHIBITS FOR HEARING ON DEBTORS' MOTION FOR PROTECTIVE ORDER

Patrick Inscho, Darlene Gibbs, Stephanie Edwards, Lula Williams, Lawrence Mwethuku, India Banks, Joanne Griffths, Jeri Brennan, Alicia Patterson, Earl Browne, Kimetra Brice, and Jill Novorot (together, the "Consumer Borrowers") and file this Witness and Exhibit List for the hearing on the Debtors' Motion for Protective Order (I) to Quash Notice of Deposition of Martin Wong, (II) to Quash the Notice of Deposition of Barney Briggs, and (III) to Partially Quash the Rule 30(b)(6) Deposition Notice [Doc. No. 389] to be heard at a hearing commencing on April 4, 2018, at 10:30 a.m.

### Witnesses

Consumer Borrowers hereby designates the following witnesses he may call to testify:

1.      Any witnesses identified by any other party for the hearing; and

2.      Any witnesses needed for impeachment or rebuttal purposes.

### Exhibits

Consumer Borrowers may offer as exhibits at the hearing one or more of the following documents:

1.      Any documents identified by any other party for the hearing;

2.      Any documents needed for impeachment or rebuttal purposes; and

3.      Any documents identified below.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Email correspondence dated March 22, 2018 between counsel for Consumer Borrowers and Debtors | | | | |
| 2 | Email correspondence dated March 27, 2018 between counsel for Consumer Borrowers and Debtors | | | | |
| 3 | Email correspondence dated March 15, 2018 between counsel for Consumer Borrowers and Debtors | | | | |
| 4 | Email correspondence dated March 22, 2018 between counsel for Consumer Borrowers and Debtors | | | | |
| 5 | Expert report of Ronald Mann (**DESIGNATED CONFIDENTIAL**) | | | | |
| 6 | Debtors' March 26, 2018 Witness Designation | | | | |
| 7 | Cortex Application for Registration of a Foreign Limited Liability Company dated with March 21, 2017 filed with the Texas Secretary of State | | | | |
| 8 | August 25, 2015 Think Finance email correspondence distributing PowerPoint explaining funding for | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | tribal loans (**DESIGNATED CONFIDENTIAL**) | | | | |
| 9 | September 1, 2015 Martin Wong email distributing PowerPoint regarding 2015-2016 dividend scenarios based on tribal loans (**DESIGNATED CONFIDENTIAL**) | | | | |
| 10 | August 11, 2015 email to Martin Wong distributing PowerPoint presentation to be used in meeting with Great Plains regarding restructuring (**DESIGNATED CONFIDENTIAL**) | | | | |

DATED: April 3, 2018

Respectfully Submitted,

KELLETT & BARTHOLOW PLLC

*/s/Theodore O. Bartholow III ("Thad")*
Theodore O. Bartholow II ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520

Caitlyn N. Wells
Texas Bar No. 24070635
Megan F. Clontz
Texas Bar No. 24069703
11300 N. Central Expy., Ste 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001
thad@kblawtx.com

*Counsel for Virginia, California, and Florida*
*Consumer Borrowers*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2018, a true and correct copy of the foregoing was served upon the parties listed below via electronic mail.

*/s/Theodore O. Bartholow III ("Thad")*
Theodore O. Bartholow II ("Thad")

Gregory G. Hesse
HUNTON & WILLIAMS LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75209
Email: ghesse@hunton.com

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Email: tpbrown@hunton.com
jharbour@hunton.com

*Counsel to the Debtors and Defendants*