Gregory G. Hesse (Texas Bar No. 09549419)
HUNTON & WILLIAMS LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75209
Telephone: (214) 979-3000

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>THINK FINANCE, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-33964 (HDH)<br><br>(Jointly Administered) |

## DECLARATION AND DISCLOSURE STATEMENT OF JOHN V. JANSONIUS, ON BEHALF OF JACKSON WALKER L.L.P.

John V. Jansonius, declares and says:

1. I am a partner of Jackson Walker L.L.P., located at 2323 Ross Avenue, Suite 600, Dallas, Texas 75201 (the "Firm").

2. The above-captioned debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors concerning employee relations and employment law matters, and the Firm has consented to provide those services.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Think Finance, LLC (6762), Think Finance SPV, LLC (4522), Financial U, LLC (1850), TC Loan Service, LLC (3103), Tailwind Marketing, LLC (1602), TC Administrative Services, LLC (4558), and TC Decision Sciences, LLC (8949).

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are claimants or other parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases.

4. Neither I nor any partner, associate, member or other employee of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5. Neither I nor any partner, associate, member or other employee of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than partners and associates of the Firm.

6. The Firm's hourly rates that the Firm will charge for its services to the Debtors range from $495.00/hour to $695.00/hour.

7. The Debtors owe the Firm $14,393.50 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on May 16, 2018.

*John V. Jansonius*

2