| | |
|---|---|
| KELLETT & BARTHOLOW PLLC | Kristi C. Kelly (pro hac vice) |
| Theodore O. Bartholow, III ("Thad") | Andrew J. Guzzo (pro hac vice) |
| Texas Bar No. 24062602 | KELLY & CRANDALL, PLC |
| Karen L. Kellett | 3925 Chain Bridge Road, Suite 202 |
| Texas Bar No. 11199520 | Fairfax, VA 22030 |
| 11300 N. Central Expy., Ste 301 | (703) 424-7572 |
| Dallas, Texas 75243 | (703) 591-0167 Facsimile |
| Phone: (214) 696-9000 | Email: kkelly@kellyandcrandall.com |
| Fax: (214) 696-9001 | Email: aguzzo@kellyandcrandall.com |

*Counsel for Plaintiffs Patrick Inscho, Darlene Gibbs, Stephanie Edwards, Lula Williams, and Lawrence Mwethuku*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| THINK FINANCE, LLC, *et al.*, | : | Chapter 11 |
| | : | |
| | : | Case No. 17-33964 (HDH) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| _____ | : | |

**PLAINTIFFS' MOTION TO STRIKE DEBTORS' DESIGNATION OF EXPERTS
<u>HOWARD BEALES, RONALD MANN, AND RICHARD ROSS</u>**

For the reasons explained in the accompanying Memorandum of Law filed contemporaneously herewith, Plaintiffs/Claimants, Patrick Inscho, Darlene Gibbs, Stephanie Edwards, Lula Williams, and Lawrence Mwethuku (collectively, "Plaintiffs"), *on behalf of themselves and all individuals similarly situated*, by counsel, hereby move the Court to strike the Debtors' designation of experts Howard Beales, Ronald Mann, and Richard Ross.

Respectfully submitted,

__/s/ Theodore O. Bartholow_____
KELLETT & BARTHOLOW PLLC

Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520
11300 N. Central Expy., Ste 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001

Kristi C. Kelly, VSB #72791* (pro hac vice)
Casey S. Nash, VSB #84261* (pro hac vice)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: casey@kellyandcrandall.com

*Counsel for Plaintiffs Patrick Inscho, Darlene Gibbs, Stephanie Edwards, Lula Williams, and Lawrence Mwethuku*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2018, I forwarded a copy of the foregoing via electronic transmission and regular mail to the following counsel of record:

Gregory G. Hesse
HUNTON & WILLIAMS LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75209
Email: ghesse@hunton.com

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Email: tpbrown@hunton.com
jharbour@hunton.com

*Counsel to the Debtors*

                                            */s/ Theodore O. Bartholow, III ("Thad")*
                                            Theodore O. Bartholow, III ("Thad")