Gregory G. Hesse (Texas Bar No. 09549419)
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75209
Telephone: (214) 979-3000

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **THINK FINANCE, LLC, *et al.*,** | **Case No. 17-33964 (HDH)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**APPENDIX TO DEBTORS' CONSOLIDATED BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF CERTAIN VIRGINIA AND TEXAS CLAIMS AND OBJECTION TO PLAINTIFF STEPHANIE EDWARDS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**TABLE OF CONTENTS**


| | **Document** | **Page Number** |
|---|---|---|
| 1 | Deposition Transcript of Linda Callnin, dated March 8, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT A] | TF App. 0001 |


[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Think Finance, LLC (3098), Think Finance SPV, LLC (4522), Financial U, LLC (1850), Tailwind Marketing, LLC (1602), TC Administrative Services, LLC (4558), TC Decision Sciences, LLC (8949), and TC Loan Service, LLC (3103).

| | Document | Page Number |
|---|---|---|
| 2 | Deposition Transcript of Jason Harvison, dated April 17, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT B] | TF App. 0012 |
| 3 | Deposition Transcript of Michelle Nguyen, dated April 19, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT C] | TF App. 0024 |
| 4 | Deposition Transcript of Linda Rogenski, dated April 19, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT D] | TF App. 0047 |
| 5 | Deposition Transcript of Stephen Smith, dated April 26, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT E] | TF App. 0055 |
| 6 | Deposition Transcript of Christopher Lutes, dated May 3, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT F] | TF App. 0068 |
| 7 | Deposition Transcript of Kenneth Rees, dated May 8, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT G] | TF App. 0074 |
| 8 | Deposition Transcript of Neal Rosette, Sr., dated June 19, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT H] | TF App. 0082 |
| 9 | Deposition Transcript of Billi Ann Raining Bird, dated June 19, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT I] | TF App. 0090 |
| 10 | Deposition Transcript of Steven Haynes, dated June 26, 2018, in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [EXCERPTS] [SHELDON DECLARATION EXHIBIT J] | TF App. 0109 |

| | Document | Page Number |
|---|---|---|
| 11 | Declaration of John Shotton, dated August 28, 2015, in support of Defendants' Motion to Dismiss in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [SHELDON DECLARATION EXHIBIT K] | TF App. 0121 |
| 12 | Declaration of Ted Whitford, dated August 28, 2015, in support of Defendants' Motion to Dismiss in *Commonwealth of Pennsylvania v. Think Finance, Inc., et al.*, Civil Action No. 14-7139-JCJ (E.D.Pa.) [SHELDON DECLARATION EXHIBIT L] | TF App. 0184 |
| 13 | Declaration of John Shotton, dated April 11, 2014, in support of Respondents' Opposition to the Petition to Enforce Civil Investigative Demands in *Consumer Financial Protection Bureau v. Great Plains Lending, LLC, et al.,* Civil Action No. 14-2090-MFW-PLA (C.D.Ca.) [SHELDON DECLARATION EXHIBIT M] | TF App. 0269 |
| 14 | Declaration of Theodore Whitford, dated September 18, 2017, in Support of Plain Green, LLC's Motion to Dismiss in *Darlene Gibbs, et al. v, Plain Green, LLC. and Great Plains Lending, LLC,* Civil Action No. 17-495-MHL (E.D.Va.) [SHELDON DECLARATION EXHIBIT N] | TF App. 0277 |
| 15 | Letter to Martin Wong re: Intent to Renegotiate License and Support Agreement, dated March 1, 2016 [TF-PA-388660] | TF App. 0344 |
| 16 | *Amicus Curiae* Brief by the Native American Financial Services Association and the State of Oklahoma in Support of Defendants' Motion to Dismiss in *Consumer Financial Protection Bureau v. Think Finance, LLC, et al.,* Case No. 4:17-127-BMM (D. Mt.) [SHELDON DECLARATION EXHIBIT O] | TF App. 0345 |
| 17 | Declaration of Stephen Smith | TF App. 0368 |
| 18 | Marketing Agreement between Great Plains Lending, LLC and Tailwind Marketing, LLC, dated May 25, 2011 [TF-PA-000202] [SMITH DECLARATION EXHIBIT A] | TF App. 0377 |
| 19 | Marketing Agreement between Plain Green, LLC and Tailwind Marketing, LLC, dated March 18, 2011 [TF-PA-001151] [SMITH DECLARATION EXHIBIT B] | TF App. 0393 |
| 20 | Marketing Agreement between Great Plains Lending, LLC and Tailwind Marketing, LLC, dated December 1, 2015 [TF-PA-618956] [SMITH DECLARATION EXHIBIT C] | TF App. 0409 |

| | Document | Page Number |
|---|---|---|
| 21 | Marketing Agreement between Plain Green, LLC and Tailwind Marketing, LLC, dated June 1, 2015 [TF-PA-001063] [SMITH DECLARATION EXHIBIT D] | TF App. 0425 |
| 22 | License and Support Agreement between Great Plains Lending, LLC and TC Decision Sciences, LLC, dated May 25, 2011 [TF-PA-000189] [SMITH DECLARATION EXHIBIT E] | TF App. 0448 |
| 23 | License and Support Agreement between Plain Green, LLC and TC Decision Sciences, LLC, dated May 25, 2011 [TF-PA-001135] [SMITH DECLARATION EXHIBIT F] | TF App. 0461 |
| 24 | License and Support Agreement between Great Plains Lending, LLC and TC Decision Sciences, LLC, dated December 1, 2015 [TF-PA-618913] [SMITH DECLARATION EXHIBIT G] | TF App. 0477 |
| 25 | License and Support Agreement between Plain Green, LLC and TC Decision Sciences, LLC, dated June 1, 2015 [TF-PA-001042] [SMITH DECLARATION EXHIBIT H] | TF App. 0491 |
| 26 | Participation Agreement (Great Plains Lending) between GPL Servicing Ltd. and Great Plains Lending, LLC, dated May 2011 [TF-PA-244514] [SMITH DECLARATION EXHIBIT I] | TF App. 0512 |
| 27 | Participation Agreement (Plain Green) between GPL Servicing Ltd. and Plain Green, LLC, dated March 18, 2011 [TF-PA-000039] [SMITH DECLARATION EXHIBIT J] | TF App. 0544 |
| 28 | Participation Agreement (Great Plains Lending) between GPL Servicing Ltd. and Great Plains Lending, LLC, dated December 1, 2015 [TF-PA-565139] [SMITH DECLARATION EXHIBIT K] | TF App. 0574 |
| 29 | Master Participation Agreement (Plain Green) between GPL Servicing Ltd. and Plain Green, LLC, dated June 1, 2015 [TF-PA-001086] [SMITH DECLARATION EXHIBIT L] | TF App. 0614 |
| 30 | Servicing Agreement between GPL Servicing Ltd. and Great Plains Lending, LLC, dated December 1, 2015 [TF-PA-229113] [SMITH DECLARATION EXHIBIT M] | TF App. 0663 |
| 31 | Servicing Agreement between GPL Servicing Ltd. and Plain Green, LLC, dated June 1, 2015 [TF-PA-001188] [SMITH DECLARATION EXHIBIT N] | TF App. 0673 |

| | **Document** | **Page Number** |
|---|---|---|
| 32 | Great Plains Lending, LLC Consumer Installment Loan Agreement No. 73611031 for Beverly Miller, dated December 11, 2015 [SMITH DECLARATION EXHIBIT O] | TF App. 0690 |
| 33 | Great Plains Lending, LLC Consumer Installment Loan Agreement No. 1647581 for Beverly Miller, dated March 3, 2017 [SMITH DECLARATION EXHIBIT P] | TF App. 0701 |
| 34 | Darlene Jones Gibbs Consumer Borrower Proof of Claim, received January 5, 2018 | TF App. 0708 |
| 35 | Declaration of Matthew S. Sheldon | TF App. 0751 |
| 36 | Declaration of Martin Wong | TF App. 0756 |


Dated: July 27, 2018

Respectfully submitted,

*/s/ Gregory G. Hesse*


Gregory G. Hesse (Texas Bar No. 09549419)
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75209
Telephone: (214) 979-3000
Email: ghesse@ HuntonAK.com

-and-

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Email: tpbrown@HuntonAK.com
jharbour@HuntonAK.com

*Counsel to the Debtors and Debtors in Possession*