# Exhibit 1

Gregory G. Hesse (Texas Bar No. 09549419)
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75209
Telephone:  (214) 979-3000

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**THINK FINANCE, LLC,** *et al.***,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 17-33964 (HDH)**<br><br>**(Jointly Administered)** |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to the Court's *Scheduling Order Concerning Debtors' First Omnibus Objection to Certain Claims* (the "Scheduling Order") [Doc. No. 653], submit the below list of witnesses they may call to testify at the hearing on the First Omnibus Claims Objection (as defined in the Scheduling Order).

**POTENTIAL WITNESSES**

The Debtors, pursuant to the Scheduling Order, designate the following potential witnesses they may call to testify:

1. Ken Rees – c/o Montgomery, McCracken, Walker & Rhoads, LLP, 123 S. Broad St., Philadelphia, Pennsylvania 19109 Attn: Richard L. Scheff

2. Jason Harvison – c/o Montgomery, McCracken, Walker & Rhoads, LLP, 123 S. Broad St., Philadelphia, Pennsylvania 19109 Attn: Richard L. Scheff

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Think Finance, LLC (6762), Think Finance SPV, LLC (4522), Financial U, LLC (1850), TC Loan Service, LLC (3103), Tailwind Marketing, LLC (1602), TC Administrative Services, LLC (4558), and TC Decision Sciences, LLC (8949).

3.     Stephen E. Smith – c/o Hunton Andrews Kurth LLP, 951 East Byrd Street, Richmond, Virginia, 23219 Attn: Tyler P. Brown

4.     Christopher Lutes - c/o Montgomery, McCracken, Walker & Rhoads, LLP, 123 S. Broad St., Philadelphia, Pennsylvania 19109 Attn: Richard L. Scheff

5.     Martin Wong – c/o Hunton Andrews Kurth LLP, 951 East Byrd Street, Richmond, Virginia, 23219 Attn: Tyler P. Brown

6.     Ranga Kathamasu – c/o Hunton Andrews Kurth LLP, 951 East Byrd Street, Richmond, Virginia, 23219 Attn: Tyler P. Brown

7.     Neal Humphrey – c/o Hunton Andrews Kurth LLP, 951 East Byrd Street, Richmond, Virginia, 23219 Attn: Tyler P. Brown

8.     Barney Briggs – c/o Hunton Andrews Kurth LLP, 951 East Byrd Street, Richmond, Virginia, 23219 Attn: Tyler P. Brown

9.     Michelle Nguyen – c/o Montgomery, McCracken, Walker & Rhoads, LLP, 123 S. Broad St., Philadelphia, Pennsylvania 19109 Attn: Richard L. Scheff

10.    Beverly Kristina Miller[*]

11.    Stephanie Edwards[*]

12.    Darlene Gibbs[*]

13.    Patrick Inscho[*]

14.    Lawrence Mwethuku[*]

15.    Lula Williams[*]

16.    Debtors' counsel is still evaluating whether they will call as fact witnesses one or more consumers who received loans from the tribal lenders at-issue. Debtors' counsel will supplement this fact witness list no later than August 3, 2018, if they intend do so.

### Deposition Testimony Video Recordings

The Debtors, pursuant to the Scheduling Order, in lieu of live testimony, designate the following potential deposition testimony video recordings that may be used, in part, at the hearing on the First Omnibus Claims Objection:

---

[*] Debtors' counsel is still evaluating whether they will call the Claimants as fact witnesses at the hearing on the First Omnibus Claims Objection, or if they will use the Claimants' deposition testimony at such hearing. Debtors' counsel will make such determination and supplement this fact witness list following completion of the Claimants' depositions.

2

1. Linda Callnin

2. Linda Rogenski

3. Billi Ann Raining Bird

4. Bobbi Jo Favel

5. Neal Rosette Sr.

6. Steven Haynes

As discovery is ongoing, the Debtors reserve the right to supplement or amend the above list of witnesses.

DATED: July 20, 2018

Respectfully submitted,

*/s/ Gregory G. Hesse*
Gregory G. Hesse (Texas Bar No. 09549419)
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75209
Telephone:  (214) 979-3000
Email: ghesse@HuntonAK.com

-and-

Tyler P. Brown (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Email: tpbrown@HuntonAK.com
          jharbour@HuntonAK.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 20, 2018, a true copy of the foregoing witness list was sent via electronic mail to the following:

KELLETT & BARTHOLOW PLLC
Theodore O. Bartholow ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520
11300 N. Central Expy., Ste 201
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001
Email: thad@kblawtx.com
Email: kkellett@kblawtx.com

-and-

Kristi C. Kelly, VSB #72791 (admitted pro hac vice)
Casey S. Nash, VSB #84261 (admitted pro hac vice)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: casey@kellyandcrandall.com

-and-

Leonard A. Bennett, VSB #37253
(admitted pro hac vice)
Elizabeth W. Hanes, VSB #75574
(admitted pro hac vice)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: elizabeth@clalegal.com

*Counsel for Virginia Claimants*

Daniel P. Winikka
**Loewinsohn Flegle Deary Simon LLP**
12377 Merit Drive
Suite 900
Dallas, Texas 75251
Telephone: (214) 572-1700
Facsimile: (214) 572-1717
danw@lfdslaw.com

Michael S. Etkin
Andrew Behlmann
Nicole Fulfree
**Lowenstein Sandler LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973)597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
nfulfree@lowenstein.com

*Bankruptcy Counsel to Texas Claimant*

Michael D. Warner (TX Bar No. 792304)
Benjamin L. Wallen (TX Bar No. 24102623)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 977-5273 (Facsimile)
Email: mwarner@coleschotz.com
Email: bwallen@coleschotz.com

-and-

Matthew B. Byrne
**Gravel & Shea PC**
76 St. Paul Street, 7th Floor, P.O. Box 639
Burlington, VT 05402-0369
Telephone: (802) 658-0220
Email: mbyrne@gravelshea.com

Kathleen Donovan-Maher
Steven Buttacavoli
Steven L. Groopman
**Berman Tabacco**
One Liberty Square Boston, MA 02109
Telephone: (617) 542-8300
Email: kdonovan-maher@bermantabacco.com
Email: sbuttavavoli@bermantabacco.com
Email: sgroopman@bermantabacco.com

*Class Counsel to Texas Claimant*

5

Gary H. Leibowitz (admitted *pro hac vice*)
Irving E. Walker, Esq. (admitted *pro hac vice*)
COLE SCHOTZ P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
410-230-0660
410-230-0667 (Facsimile)
gleibowitz@coleschotz.com
iwalker@coleschotz.com

*Attorneys for the Official Committee of Unsecured Creditors*

Dated: July 20, 2018                      */s/ Gregory G. Hesse*
                                                          Gregory G. Hesse