VANESSA BUCHKO
BENJAMIN VAUGHN
PATRICK GUSHUE
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-435-9593
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov

ATTORNEYS FOR
Creditor Consumer Financial Protection Bureau

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: | Case No. 17-33964-HGH |
| THINK FINANCE, LLC, *et al.*, | Jointly Administered |
| Debtors. | Chapter 11 |

**CONSUMER FINANCIAL PROTECTION BUREAU'S JOINDER IN THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE THIRD MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS WITHIN WHICH TO FILE A PLAN AND SOLICIT VOTES THERON [DOCKET NO. 994]**

The Consumer Financial Protection Bureau (Bureau) files this joinder in the objection to the *Third Motion of the Debtors and Debtors-in-Possession for Entry of an Order Extending Debtors' Exclusivity Periods Within Which to File a Plan*

*and Solicit Votes Thereon* [Docket No. 994] (Motion) filed by the Official Committee of Unsecured creditors [Docket No. 1063] (the Objection). For the reasons set forth in the Objection, the Bureau also requests that the Debtors' Motion be denied.

Dated: October 15, 2018     Respectfully submitted,

Kristen A. Donoghue
*Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

Michael Salemi
*Assistant Litigation Deputy*

/s/ Patrick Gushue
Patrick Gushue
Vanessa Buchko
Benjamin Vaughn
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-435-9593
Telephone (Vaughn): 202-435-7964
Telephone (Gushue): 202-435-9671
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov
E-mail: Benjamin.Vaughn@cfpb.gov
E-mail: Patrick.Gushue@cfpb.gov
*Attorneys for Consumer Financial
    Protection Bureau*

## **CERTIFICATE OF SERVICE**

I, Patrick Gushue, certify that on October 15, 2018, I served or caused to be served the foregoing document electronically on the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas upon all parties in these cases entitled to receive such service.

/s/ Patrick Gushue
Consumer Financial Protection Bureau