Kristi C. Kelly, Esq., (pro hac vice)
Andrew Guzzo, Esq., (pro hac vice)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiffs*

Leonard A. Bennett, Esq., (pro hac vice)
Elizabeth Hanes, Esq. (pro hac vice)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiffs*

Anna C. Haac (pro hac vice)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com
*Counsel for Plaintiffs*

Michael S. Etkin
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973)597-2333
metkin@lowenstein.com
*Counsel for Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: : <br> : <br> THINK FINANCE, LLC, *et al.*, : <br> : <br> Debtors. : <br> : <br> _____ : | Chapter 11 <br><br> Case No. 17-33964 (HDH) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Nationwide Consumer Borrower Settlement Class's Motion for Preliminary Approval of Class Action Settlement (Docket No. 1411), Brief in Support of the Motion for Preliminary Approval of Class Action Settlement (Docket No. 1412), Motion for Expedited Hearing (Docket No. 1413), and Notice of Hearing (Docket No. 1414) were served by electronic mail or first class mail on the parties listed in the

Master Service List filed at Docket No. 1296 on June 13, 2019 and by CM/ECF notification to all counsel of record on June 12, 2019

Respectfully submitted,

| | |
|---|---|
| __/s/ Caitlyn N. Wells__<br>KELLETT & BARTHOLOW PLLC<br>Theodore O. Bartholow, III ("Thad")<br>Texas Bar No. 24062602<br>Karen L. Kellett<br>Texas Bar No. 11199520<br>Caitlyn N. Wells<br>Texas Bar No. 24070635<br>11300 N. Central Expy., Ste 301<br>Dallas, Texas 75243<br>Phone: (214) 696-9000<br>Fax: (214) 696-9001<br><br>Kristi C. Kelly, (pro hac vice)<br>Casey S. Nash, (pro hac vice)<br>KELLY & CRANDALL, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>(703) 424-7572<br>(703) 591-0167 Facsimile<br>Email: kkelly@kellyandcrandall.com<br>Email: casey@kellyandcrandall.com<br><br>*Counsel for Plaintiffs* | Leonard A. Bennett, (pro hac vice)<br>Elizabeth W. Hanes, (pro hac vice)<br>Consumer Litigation Associates, P.C.<br>763 J. Clyde Morris Blvd., Ste. 1-A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: lenbennett@clalegal.com<br>Email: elizabeth@clalegal.com<br><br>Michael S. Etkin<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973)597-2333<br>metkin@lowenstein.com<br><br>Anna C. Haac (pro hac vice)<br>TYCKO & ZAVAREEI LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>Phone: 202-973-0900<br>Fax: 202-973-0950<br>Email: ahaac@tzlegal.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of June, 2019, I caused a true and correct copy of the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then sent a notice of electronic filing to all Counsel of Record.:

/s/ *Caitlyn N. Wells*
Caitlyn N. Wells